UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GREGORY GRAHAM #19314,

    Plaintiff,

v

MATTHEW TURNER, DOUGLAS
MURTLAND, and HEARING
INVESTIGATOR McDONALD,

    Defendants.

No. 1:16-cv-00149

HON. ROBERT J. JONKER

MAG. PHILLIP J. GREEN

| Daniel E. Manville | Kyla L. Ragatzki |
|---|---|
| MSU College of Law | Assistant Attorney General |
| Attorney for Plaintiff | Attorney for Defs. Turner and Murtland |
| P.O. Box 1570 | Michigan Dep't of Attorney General |
| East Lansing, MI 48826 | State Operations Division |
| (517) 432-6866 | P.O. Box 30754 |
| daniel.manville@law.msu.edu | Lansing, MI 48909 |
| P39731 | (517) 335-7573 |
| | barrancok@michigan.gov |
| | P81082 |

**Exhibit F**

(ECD Video)



**EXHIBIT F: ECD Video**
Graham v. Turner; Case No. 1:16-cv-149
(Defendant's Motion for Summary Judgment
and Brief in Support filed on July 1, 2019)