UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GREGORY GRAHAM #19314,

    Plaintiff,

v

MATTHEW TURNER, DOUGLAS
MURTLAND, and HEARING
INVESTIGATOR McDONALD,

    Defendants.

No. 1:16-cv-00149

HON. ROBERT J. JONKER

MAG. PHILLIP J. GREEN

| | |
|---|---|
| Daniel E. Manville<br>MSU College of Law<br>Attorney for Plaintiff<br>P.O. Box 1570<br>East Lansing, MI 48826<br>(517) 432-6866<br>daniel.manville@law.msu.edu<br>P39731 | Kyla L. Ragatzki<br>Assistant Attorney General<br>Attorney for Defs. Turner and Murtland<br>Michigan Dep't of Attorney General<br>State Operations Division<br>P.O. Box 30754<br>Lansing, MI 48909<br>(517) 335-7573<br>barrancok@michigan.gov<br>P81082 |

**Exhibit H**

(Unit Video)



**EXHIBIT H: Unit Video**
Graham v. Turner; Case No. 1:16-cv-149
(Defendant's Motion for Summary Judgment
and Brief in Support filed on July 1, 2019)